1  **WINDTBERG & ZDANCEWICZ, PLC**
   7551 South Willow, Suite 102
2  Tempe, Arizona 85283
   Phone: (480) 584-5660
3  Fax: (480) 584-5958
   courtdocs@wzfirm.com
4
5  Michael Zdancewicz - 12426
   Marc Windtberg - 24802
6  Wendy M. Gillott - 30422

7  Attorneys for Plaintiff

8          **UNITED STATES BANKRUPTCY COURT**

9              **DISTRICT OF ARIZONA**

10

11 | In re:                                  | Chapter 7 Proceeding |

12 Michael Carlisle Sheedy,          Case No. 2:13-bk-00251-BKM
                                     Adv. No. 2:13-ap-00428-BKM
13          Debtor.

14 _____   **STIPULATION REGARDING**
                                    **ADVERSARY PROCEEDING ADV. NO.**
15 Scheldrup Blades Schrock Smith and  **2:13-ap-00428-BKM**
   Aranza, P.C.,                    **And**
16                                   **NOTICE OF SETTLEMENT**
            Plaintiff,
17 v.

18 Michael Carlisle Sheedy and Jane Doe
   Sheedy,
19
20          Defendants.
   _____

21

22        Scheldrup Blades Schrock Smith and Aranza, P.C. ("**Plaintiff**" or the "**Firm**")

23 Plaintiff, and Michael Carlisle Sheedy, the Defendant,[1] by and through their respective

24 undersigned counsel, hereby stipulate as follows:

25

26 _____
      [1] Defendant represents and warrants that at all times relevant to this action and at all times since, he has been
   a single person.

00076440-4                          - 1 -

1.   **Adversary 2:13-ap-00428.** The Plaintiff has filed a complaint initiating this adversary action seeking to have a debt declared non-dischargeable. It is Plaintiff's position that the facts as pled are sufficient to establish the debt to be declared non-dischargeable, and for this Court to enter judgment accordingly. The parties recognize that litigation of the respective claims and defenses will be costly, and there are litigation risks. Plaintiff and Defendant acknowledge it will be expensive and inconvenient to all parties concerned to proceed to trial. The parties believe that settlement is in their best interest.

2.   **Defendant's Position.** Michael Carlisle Sheedy disputes the allegations of Plaintiff's complaint, and to avoid the costs and risks of litigation, desires to settle this matter on the terms and conditions stated in this Stipulation. Nothing in this Stipulation will be deemed an admission by Michael Carlisle Sheedy of any of Plaintiff's allegations.

3.   **Payment by Defendant.** Michael Carlisle Sheedy shall pay Plaintiff $18,500.00, by wire transfer to Windtberg & Zdancewicz, PLC, Trust Account, no later than 2:30 p.m. (Arizona Time), Friday, August 22, 2014.

4.   **Failure to Make Payment:** In the event he fails to make the payment described in paragraph 3 above, Michael Carlisle Sheedy agrees to the entry of a Non-Dischargeable Judgment in this case, and a judgment in the state court case against Michael Sheedy, PLLC, more fully described below.

5.   **Form of Judgments.** The form of the judgments have been approved and signed by the parties, or their attorneys.

      a. The form of Non-dischargeable Judgment approved by Michael Carlisle Sheedy is attached to this Stipulation (the "**Stipulated Judgment**") as <u>Exhibit 1</u>. The Stipulated Judgment represents a debt that is non-dischargeable in this case, and any other bankruptcy proceeding filed by Michael Carlisle Sheedy.

      b. The form of judgment to resolve the State Court Action is attached

hereto as <u>Exhibit 2</u> ("**Stipulated State Court Judgment**").

6.      **Authorization to Entry Judgment.** If ~~timey~~ *② timely MC* payment as required by paragraph 3 above is not received by Plaintiff's counsel, Michael Carlisle Sheedy authorizes Plaintiff's counsel to lodge the Stipulated Judgment with this court for immediate entry.

7.      **Authorization to Entry of Judgment in Maricopa County Superior Court, Case Number CV2011-052881 (the "State Court Action").** If payment as required by paragraph 3 above is not received Michael Carlisle Sheedy as member of Michael Sheedy, PLLC authorizes Plaintiff's State Court Counsel to lodge the Stipulated State Court Judgment.

8.      **Judgment Amounts.** In the event Michael Carlisle Sheedy fails to timely pay $18,500.00, Michael Carlisle Sheedy and Michael Sheedy, PLLC are obligated to pay the aggregate principal balance of $60,000.00 together with all amounts due on the Stipulated Judgment and the Stipulated State Court Judgment. Plaintiff is authorized to begin enforcement of the Stipulation Judgment and Stipulated State Court Judgment immediately upon their entry.

9.      **The Consequence of a Timely Payment of $18,500.00.** If Plaintiff receives $18,500.00, by wire transfer to Windtberg & Zdancewicz, PLC, Trust Account, on or before 2:30 p.m. (Arizona Time), Friday, August 22, 2014, the parties shall dismiss this adversary action, and the State Court Action, by filing Stipulations for Dismissal in the form attached hereto as Exhibit 3.

*MC 1/0, 6. ⑦* **Releases By Defendant.** Michael Carlisle Sheedy agrees that, as of the date hereof, he has no defenses against the obligations to pay all amounts herein. Michael Carlisle Sheedy releases Plaintiff, its past, present and future agents, representatives, shareholders, principals, attorneys, affiliates, parent corporations, subsidiaries, officers, directors, employees, predecessors, successors, heirs, executors and assigns, from any and

00076440-4                                  - 3 -

all legal, equitable or other claims, counterclaims, actions, causes of action or damages, and any past, present or future duties, responsibilities or obligations, known or unknown, existing from the beginning of the world to the date of this Stipulation that arise in any way out of any business dealings or transactions between Plaintiff arising out of the matters asserted in the Complaint (the "**Matters Released**"), contemporaneous or resulting communications with third parties and all surrounding circumstances, to the maximum extent of the law, which were alleged or could have been alleged arising out of the Matters Released.

**7.** **Release Voluntarily Given.** The Release is given voluntarily and without any duress or undue influence on the part of any person, firm or corporation. Michael Carlisle Sheedy acknowledges and represents that he relied solely upon facts obtained from his own investigation in executing this Stipulation, and that he has not relied upon any statement or representation of any nature by any other party, his attorneys, members, employees or representatives. Michael Carlisle Sheedy acknowledges that he is an attorney licensed to practice law in the State of Arizona, and has read this Stipulation, the Stipulated Judgment and the Stipulated State Court Judgment and understands their meaning and effect.

**8.** **Income Tax Consequences.** The execution of this Stipulation, the Stipulated Judgment and the Stipulated State Court Judgment are not premised on any agreement or understanding concerning the tax consequences. Defendant assumes full responsibility for any tax consequences.

**9.** **Headings.** The section titles, captions, and headings contained in this Stipulation and Stipulated Judgment are inserted only as a matter of convenience and for reference, and shall in no way be construed to define, limit or extend the scope of this Stipulation and Stipulated Judgment or the effect of any of its provisions.

14. 10. **Additional Documents and Further Assurance.** Defendant shall execute and deliver such other instruments and do and perform such other acts and things as may be necessary or desirable for effecting completely the consummation of the Stipulation and Stipulated Judgment.

15. 11. **Entire Agreement.** This Stipulation, the Stipulated Judgment and the Stipulated State Court Judgment constitutes the entire agreement of Plaintiff and Defendant concerning the subjects contained herein and supersedes and cancels all prior oral and written agreements of the parties on these subjects, except as specifically provided herein.

16. 12. **Entry of Judgment.** The Court is authorized to enter the Stipulated Judgment in the form attached hereto if it is lodged by Plaintiff's counsel.

Dated this 19th day of August, 2014.

WINDTBERG & ZDANCEWICZ, PLC

By _____          _____
   Michael Zdancewicz                   Michael Carlisle Sheedy
   Marc Windtberg                       4244 E. Weldon Ave.
   Wendy M. Gillott                     Phoenix, AZ 85018
   7551 South Willow, Suite 102
   Tempe, Arizona 85283
   Attorneys for Scheldrup Blades
   Schrock Smith and Aranza, P.C.

COPY of the foregoing mailed this 19th day of August, 2014, to:

Michael Carlisle Sheedy
4244 E. Weldon Ave.
Phoenix, AZ 85018

_____

1

2
Exhibit 1 Stipulated Non-Dischargeable Judgment

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**WINDTBERG & ZDANCEWICZ, PLC**
7551 South Willow, Suite 102
Tempe, Arizona 85283
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com

Michael Zdancewicz - 12426
Marc Windtberg - 24802

Attorneys for Scheldrup Blades Schrock
Smith and Aranza, P.C.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| Michael Carlisle Sheedy, | Case No. 2:13-bk-00251-BKM |
| Debtor. | Adv. No. 2:13-ap-00428-BKM |
| | **STIPULATED NON-DISCHARGEABLE JUDGMENT** |
| Scheldrup Blades Schrock Smith and Aranza, P.C., | |
| Plaintiff, | |
| v. | |
| Michael Carlisle Sheedy and Jane Doe Sheedy, | |
| Defendants. | |

Pursuant to the Stipulation for Entry of Judgment, by and between Scheldrup Blades Schrock Smith and Aranza, P.C. ("**Plaintiff**") and Michael Carlisle Sheedy

("**Defendant**") (collectively herein as the "**Parties**") and for good cause appearing therefore;

Pursuant to Rule 54(b), Fed.R.Civ.P., made applicable by Rule 7054, Fed.R.Bankr.P., this Judgment adjudicates the rights of all the parties to this action and all the claims, there being no just reason for delay, therefore the Court directs Judgment as follows:

Based upon the foregoing findings and for good cause appearing therefore;

IT IS ORDERED, ADJUDGED, AND DECREED approving the Stipulation. This judgment is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and 523(a)(6) in this action and any other Bankruptcy filed by Michael Carlisle Sheedy.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Plaintiff be awarded Judgment in its favor and against Michael Carlisle Sheedy for $60,000.00 together with interest at the rate of 6% per annum from February 1, 2011, until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED Plaintiff shall be entitled to add to the principal amount of this Judgment and to collect from Michael Carlisle Sheedy all taxable costs and reasonable attorneys' fees incurred in collection or enforcement of this Judgment with further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED to the extent Michael Carlisle Sheedy asserted any counterclaims, defenses, or other theories of relief, they are dismissed with prejudice.

**[Signed and dated above]**

1

2    Approved as to form and content.

3    WINDTBERG & ZDANCEWICZ, PLC

4

5    By _____        _____

6    Michael Zdancewicz              Michael Carlisle Sheedy
     Marc Windtberg                  4244 E. Weldon Ave.
7    Wendy M. Gillott                Phoenix, AZ 85018
     7551 South Willow, Suite 102
8    Tempe, Arizona 85283
     Attorneys for Scheldrup Blades
9    Schrock Smith and Aranza, P.C.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2    <u>Exhibit 2 Stipulated State Court Judgment</u>
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

00076440-4                        - 7 -

Steven G. Ford – 016492
**ALVAREZ & GILBERT, PLLC**
14500 N. Northsight Blvd., Ste. 216
Scottsdale, AZ 85260
Tel: 602-263-0203
Fax: 480-686-8708
sford@alvarez-gilbert.com

Attorney for Plaintiff

**IN THE SUPERIOR COURT OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| SCHELDRUP BLADES SCHROCK SMITH ARANZA, P.C., an Iowa professional corporation, | Case No. CV2011-052881 |
| Plaintiff, | **STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT** |
| v. | **(Assigned to the Hon. John R. Hannah, Jr.)** |
| MICHAEL C. SHEEDY and JANE DOE SHEEDY, husband and wife; MICHAEL C. SHEEDY, PLLC, an Arizona professional limited liability company, | |
| Defendants. | |
| And related counterclaims. | |

This Stipulation for Entry of Judgment is entered by and between Plaintiff Scheldrup Blades Schrock Smith and Aranza, P.C. and Defendant Michael C. Sheedy, PLLC.

. . .

. . .

The stipulating parties hereby respectfully request the Court to enter the judgment in the form lodged herewith.

**ALVAREZ & GILBERT, PLLC**          **MICHAEL C. SHEEDY, PLLC**


_____          _____
Steven G. Ford                                          Michael Carlisle Sheedy
14500 N. Northsight Blvd., Ste. 216          4244 E. Weldon Ave.
Scottsdale, AZ 85260                              Phoenix, AZ 85018
Tel: 602-263-0203
Fax: 480-686-8708
Attorneys for Scheldrup Blades Schrock
Smith and Aranza, P.C.



ORIGINAL electronically filed
and a copy placed for hand-
delivery this ___ day of _____,
2014, to:

The Honorable John R. Hannah, Jr.
Maricopa County Superior Court
18380 North 40th Street
Phoenix, AZ  85032


By /s/ M. Avila

1  Steven G. Ford – 016492
2  **ALVAREZ & GILBERT, PLLC**
   14500 N. Northsight Blvd., Ste. 216
3  Scottsdale, AZ 85260
   Tel: 602-263-0203
4  Fax: 480-686-8708
5  sford@alvarez-gilbert.com

6  Attorney for Plaintiff

7

8              **IN THE SUPERIOR COURT OF ARIZONA**

9              **IN AND FOR THE COUNTY OF MARICOPA**

10
    SCHELDRUP BLADES SCHROCK          Case No. CV2011-052881
11  SMITH ARANZA, P.C., an Iowa
12  professional corporation,              **[Proposed] STIPULATED JUDGMENT**

13              Plaintiff,                  **(Assigned to the Hon. John R. Hannah,
14                                                        Jr.)**
    v.
15
    MICHAEL C. SHEEDY and JANE DOE
16  SHEEDY, husband and wife; MICHAEL C.
    SHEEDY, PLLC, an Arizona professional
17  limited liability company,
18
                Defendants.
19
20  And related counterclaims.

21       Pursuant to the Stipulation for Entry of Judgment, by and between Plaintiff

22  Scheldrup Blades Schrock Smith and Aranza, P.C. ("**Plaintiff**") and Defendant Michael C.

23  Sheedy ("**Sheedy**") filed in the United States Bankruptcy Court, Adv. No. 2:13-ap-00428-

24  BKM (the "**Bankruptcy Stipulation**"), and the Stipulation for Entry of Judgment between

25  Plaintiff and Defendant Michael C. Sheedy, PLLC ("**Defendant**") filed in this Court (the

26  "**State Court Stipulation**"), and good cause appearing therefore;

1    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** approving the
2  State Court Stipulation;

3    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff
4  be awarded Judgment in its favor and against Michael C. Sheedy, PLLC for $60,000.00 on
5  all of Plaintiff's counts of the Complaint herein, together with interest at the rate of 6% per
6  annum from February 1, 2011, until paid in full;

7    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff
8  shall be entitled to add to the principal amount of this Judgment and to collect from
9  Michael C. Sheedy, PLLC all taxable costs and reasonable attorneys' fees incurred by
Plaintiff in collection or enforcement of this Judgment, with further order of the Court;

10    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent
11  Michael Carlisle Sheedy and Michael C. Sheedy, PLLC asserted any counterclaims,
12  defenses, or other theories of relief, they are dismissed with prejudice;

13    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** pursuant to Rule
14  54(c), Ariz. R. Civ. P., and the Court finding no further matters remain pending, entering
15  this as the final written judgment of the Court.

16    DONE IN OPEN COURT this ___ day of _____, 2014.

17

18

19                                        _____
                                         Judge of the Maricopa County Superior Court
20

21

22

23

24

25

26

ORIGINAL electronically lodged
and a copy placed for hand-
delivery this ___ day of _____,
2014, to:

The Honorable John R. Hannah, Jr.
Maricopa County Superior Court
18380 North 40th Street
Phoenix, AZ 85032

By */s/ M. Avila*

Approved as to form and content:

**ALVAREZ & GILBERT, PLLC**          **MICHAEL C. SHEEDY, PLLC**

_____             _____
Steven G. Ford                       Michael Carlisle Sheedy
14500 N. Northsight Blvd., Ste. 216  4244 E. Weldon Ave.
Scottsdale, AZ 85260                  Phoenix, AZ 85018
Tel: 602-263-0203
Fax: 480-686-8708
Attorney for Scheldrup Blades Schrock
Smith and Aranza, P.C.

1
2  <u>Exhibit 3 Stipulation for Dismissal of Adversary Action</u>
   <u>in the Event of Timely Payment</u>
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
**WINDTBERG & ZDANCEWICZ, PLC**
7551 South Willow, Suite 102
2
Tempe, Arizona 85283
3
Phone: (480) 584-5660
Fax: (480) 584-5958
4
courtdocs@wzfirm.com
5
Michael Zdancewicz - 12426
Marc Windtberg - 24802
6
Wendy M. Gillott - 30422
7
Attorneys for Plaintiff
8
9               **UNITED STATES BANKRUPTCY COURT**
10                    **DISTRICT OF ARIZONA**
11
In re:                              Chapter 7 Proceeding
12
Michael Carlisle Sheedy,            Case No. 2:13-bk-00251-BKM
                                    Adv. No. 2:13-ap-00428-BKM
13
            Debtor.
14                                  **STIPULATION FOR DISMISSAL WITH**
Scheldrup Blades Schrock Smith and  **PREJUDICE OF ADVERSARY**
15
Aranza, P.C.,                       **PROCEEDING ADV. NO. 2:13-ap-00428-**
16                                  **BKM**
17              Plaintiff,
18
v.
19
Michael Carlisle Sheedy and Jane Doe
Sheedy,
20
            Defendants.
21
22         Scheldrup Blades Schrock Smith and Aranza, P.C. ("**Plaintiff**" or the "**Firm**")
23
Plaintiff, and Michael Carlisle Sheedy, the Defendant,[1] by and through their respective
24
undersigned counsel, hereby stipulate as follows:
25
26         ---
           [1]   Defendant represents and warrants that at all times relevant to this action and at all times since, he has
     been a single person.

1.  **Payment by Defendant.** Michael Carlisle Sheedy has timely paid Plaintiff $18,500.00.

2.  **Releases.** Michael Carlisle Sheedy and Plaintiff release each other and their past, present and future agents, representatives, shareholders, principals, attorneys, affiliates, parent corporations, subsidiaries, officers, directors, employees, predecessors, successors, heirs, executors and assigns, from any and all legal, equitable or other claims, counterclaims, actions, causes of action or damages, and any past, present or future duties, responsibilities or obligations, known or unknown, existing from the beginning of the world to the date of this Stipulation that arise in any way out of any business dealings or transactions between them arising out of the matters asserted in the Complaint (the "**Matters Released**"), contemporaneous or resulting communications with third parties and all surrounding circumstances, to the maximum extent of the law, which were alleged or could have been alleged arising out of the Matters Released.

3.  **Releases Voluntarily Given.** The Releases are given voluntarily and without any duress or undue influence on the part of any person, firm or corporation.

4.  **Entry of Order of Dismissal.** The Court is authorized to enter the Order of Dismissal in the form attached hereto.

Dated this ___ day of August, 2014.

WINDTBERG & ZDANCEWICZ, PLC

By /s/ Michael Zdancewicz      /s/ Michael Carlisle Sheedy
    Michael Zdancewicz            Michael Carlisle Sheedy
    Marc Windtberg                4244 E. Weldon Ave.
    Wendy M. Gillott              Phoenix, AZ 85018
    7551 South Willow, Suite 102
    Tempe, Arizona 85283
    Attorneys for Scheldrup Blades
    Schrock Smith and Aranza, P.C.

1
2
3         <u>Exhibit 1</u>
4   <u>Stipulation for Dismissal of Adversary Action</u>
5
6
7
8
9
10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| Michael Carlisle Sheedy, | Case No. 2:13-bk-00251-BKM |
| Debtor. | Adv. No. 2:13-ap-00428-BKM |
| | **ORDER OF DISMISSAL OF AVERSARY ACTION 2:13-ap-00428-BKM WITH PREJUDICE** |
| Scheldrup Blades Schrock Smith and Aranza, P.C., | |
| Plaintiff, | |
| v. | |
| Michael Carlisle Sheedy and Jane Doe Sheedy, | |
| Defendants. | |

Pursuant to the Stipulation by and between Scheldrup Blades Schrock Smith and Aranza, P.C. ("**Plaintiff**") and Michael Carlisle Sheedy ("**Defendant**") (collectively herein as the "**Parties**") and for good cause appearing therefore;

00076588-1

IT IS ORDERED, ADJUDGED, AND DECREED approving the stipulation and dismissing this action with prejudice with all parties to bear their own attorneys' fees and costs.

**[Signed and dated above]**

Approved as to form and content.

WINDTBERG & ZDANCEWICZ, PLC

By _____     _____
Michael Zdancewicz                            Michael Carlisle Sheedy
Marc Windtberg                                 4244 E. Weldon Ave.
Wendy M. Gillott                               Phoenix, AZ 85018
7551 South Willow, Suite 102
Tempe, Arizona 85283
Attorneys for Scheldrup Blades
Schrock Smith and Aranza, P.C.